KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
E-mail: krutman@krutmanlaw.com

Attorney for Defendant
GREGORY AMOS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-4294-DMS |
| Plaintiff, | |
| v. | JOINT MOTION FOR CONTINUANCE OF SENTENCING DATE |
| GREGORY AMOS, et. al. | |
| Defendants. | DATE: April 26, 2019 @ 9:00 am<br>COURTROOM 13A |

The parties to the instant case, by and through their attorneys, hereby move the Court for an Order continuing the sentencing hearing scheduled for April 26, 2019 at 9:00 a.m. to August 23, 2019 at 9:00 a.m.

Respectfully Submitted,

Dated: March 20, 2019        /s Keith H. Rutman
                             KEITH H. RUTMAN
                             Attorney for Defendant
                             GREGORY AMOS
                             Email: krutman@krutmanlaw.com

Dated: March 20, 2019        /s Victor Pippins
                             VICTOR PIPPINS
                             Attorney for Defendant
                             CHRISTOPHER PAUL HERNANDEZ
                             Email: victor@pippinslaw.com

Dated: March 20, 2019        s/Matthew Sutton
                             MATTHEW SUTTON
                             Assistant U.S. Attorney
                             Email: Matthew.sutton@usdoj.gov

**SIGNATURE CERTIFICATION**

    Pursuant to § 2(f) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all persons required to sign the document and have obtained authorization for the electronic signatures of all parties on the document.

Dated: March 20, 2019

s/ Keith H. Rutman
KEITH H. RUTMAN
Attorney for Defendant
GREGORY AMOS
Email: krutman@krutmanlaw.com