KEITH H. RUTMAN (CSB 14175)
501 West Broadway, Ste 1650
San Diego, California 92101-3541
Telephone: (619) 237-9072
Facsimile: (760) 454-4372
E-mail: krutman@krutmanlaw.com

Attorney for Defendant
GREGORY AMOS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GREGORY AMOS, et al., <br> Defendants. | Case No. 18-CR-4294-DMS <br><br> ACKNOWLEDGEMENT OF DEFENDANT <br><br> DATE: 4/26/19 @ 9:00 am <br> COURTROOM 13A |

I, GREGORY AMOS, hereby declare as follows:

That I am a Defendant in this case. I am aware that my attorney secured a continuance of my sentencing date. Without objection by the Government, the date was moved from April 26, 2019 at 9:00 a.m in this Court to August 23, 2019 at 9:00 a.m in this Court.

I promise to appear on that date and time without further Order of the Court.

I declare under penalty of perjury that the foregoing is true and correct, except as to those matters alleged upon information and belief, and I do believe those to be true.

Executed on March 21, 2019 at San Diego, California.

_____
GREGORY AMOS