UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18-cr-04294-DMS |
| v. | |
| GREGORY ALLEN AMOS (1), | ORDER |
| CHRISTOPHER PAUL HERNANDEZ (2), | |
| Defendants. | |

Upon the joint motion of the UNITED STATES OF AMERICA and the parties and good cause appearing;

IT IS HEREBY ORDERED that the sentencing hearing presently set for February 21, 2020, at 9:00 a.m. be continued to May 22, 2020, at 9:00 a.m. Defendant on bond shall file a signed acknowledgment of next court date by February 21, 2020.

**IT IS SO ORDERED.**

Dated: February 14, 2020

Hon. Dana M. Sabraw
United States District Judge